| | |
|---|---|
| 1 | STEVEN S. KAUFHOLD (SBN 157195) |
| | CHAD A. STEGEMAN (SBN 225745) |
| 2 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | 580 California Street, Suite 1500 |
| 3 | San Francisco, CA 94104 |
| | Telephone: 415-765-9500 |
| 4 | Facsimile: 415-765-9501 |
| | skaufhold@akingump.com |
| 5 | cstegeman@akingump.com |
| 6 | Attorneys for Defendant |
| | STORM8, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TURNER, an individual, on behalf of himself and all others similarly situated, | Case No. CV 09 5234 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1)** |
| v. | |
| STORM8, LLC, a California Limited Liability Company, | |
| Defendant. | Complaint Filed: November 4, 2009 |

**STIPULATION**

Pursuant to Local Rule 6-1(a), Plaintiff Michael Turner ("Plaintiff") and Defendant Storm8, LLC ("Defendant") hereby stipulate to an extension of time within which Defendant may file and serve its first responsive pleading to Plaintiff's Complaint. The Parties previously stipulated to an extension to February 26, 2010 and at Defendant's request, the Parties have agreed to an additional extension of time of three weeks.

NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

Defendant shall have up to and including March 19, 2010, to file its response to the Plaintiff's Complaint in this action.

IT IS SO STIPULATED.

Dated: February 12, 2010     **AKIN GUMP STRAUSS HAUER & FELD LLP**

By  /s/ Steven S. Kaufhold
    Steven S. Kaufhold
    Attorneys for Defendant
    STORM8, LLC

Dated: February 12, 2010     **EDELSON MCGUIRE, LLC**

By /s/ Michael Aschenbrener
    Michael Aschenbrener
    Attorneys for Plaintiff
    MICHAEL TURNER

IT IS SO ORDERED.

_[signature: Claudia Wilken]_

The Honorable Claudia Wilken
United States District Judge

Dated: __2/17__, 2010.

---

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT     Case No. CV 09 5234 CW

I, Steven S. Kaufhold, am the ECF user whose ID and password are being used to file this Stipulation to Extend Time to Respond to the Complaint. In compliance with the Northern District of California General Order 45, X.B., I hereby attest that Michael Aschenbrener concurred in this filing.

Dated: February 12, 2010   **AKIN GUMP STRAUSS HAUER & FELD LLP**

By /s/ Steven S. Kaufhold
Steven S. Kaufhold
Attorneys for Defendant
STORM8, LLC