STEVEN S. KAUFHOLD (SBN 157195)
CHAD A. STEGEMAN (SBN 225745)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Facsimile: 415-765-9501
skaufhold@akingump.com
cstegeman@akingump.com

Attorneys for Defendant
STORM8, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TURNER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STORM8, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. CV 09 5234 CW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1)**<br><br>Complaint Filed: November 4, 2009 |

# STIPULATION

Pursuant to Local Rule 6-1(a), Plaintiff Michael Turner ("Plaintiff") and Defendant Storm8, LLC ("Defendant") hereby stipulate to an extension of time within which Defendant may file and serve its first responsive pleading to Plaintiff's Complaint. The Parties previously stipulated to an extension to March 19, 2010 and at Defendant's request, the Parties have agreed to an additional extension of time of two weeks.

NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

Defendant shall have up to and including April 2, 2010, to file its response to the Plaintiff's Complaint in this action.

IT IS SO STIPULATED.

Dated:  March 15, 2010            **AKIN GUMP STRAUSS HAUER & FELD LLP**


By_____/s/_____
      Steven S. Kaufhold
      Attorneys for Defendant
      STORM8, LLC


Dated:  March 15, 2010            **EDELSON MCGUIRE, LLC**


By_____/s/_____
      Michael Aschenbrener
      Attorneys for Plaintiff
      MICHAEL TURNER


**IT IS SO ORDERED**

_____
The Honorable Claudia Wilken
United States District Judge

Dated: March 22, 2010.

I, Steven S. Kaufhold, am the ECF user whose ID and password are being used to file this Stipulation to Extend Time to Respond to the Complaint. In compliance with the Northern District of California General Order 45, X.B., I hereby attest that Michael Aschenbrener concurred in this filing.

Dated: March 15, 2010 **AKIN GUMP STRAUSS HAUER & FELD LLP**

By /s/
Steven S. Kaufhold
Attorneys for Defendant
STORM8, LLC