1    STEVEN S. KAUFHOLD (SBN 157195)
     CHAD A. STEGEMAN (SBN 225745)
2    **AKIN GUMP STRAUSS HAUER & FELD LLP**
     580 California Street, Suite 1500
3    San Francisco, CA 94104
     Telephone:  415-765-9500
4    Facsimile:   415-765-9501
     skaufhold@akingump.com
5    cstegeman@akingump.com

6    Attorneys for Defendant
     STORM8, LLC
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   MICHAEL TURNER, an individual, on          Case No. CV 09 5234 CW
     behalf of himself and all others similarly
12   situated,

13                           Plaintiff,         **STIPULATION AND ORDER TO
                                                EXTEND TIME TO RESPOND TO
14          v.                                  INITIAL COMPLAINT (L.R. 6-1)**

15   STORM8, LLC, a California Limited
     Liability Company,                         Complaint Filed: November 4, 2009
16
                             Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

                                            1
     STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          Case No. CV 09 5234 CW

1

**STIPULATION**

2      Pursuant to Local Rule 6-1(a), Plaintiff Michael Turner ("Plaintiff") and Defendant Storm8,

3  LLC ("Defendant") hereby stipulate to an extension of time within which Defendant may file and

4  serve its first responsive pleading to Plaintiff's Complaint.  The Parties previously stipulated to an

5  extension to March 19, 2010 and at Defendant's request, the Parties have agreed to an additional

6  extension of time of two weeks.

7      NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

8      Defendant shall have up to and including April 2, 2010, to file its response to the Plaintiff's

9  Complaint in this action.

10     IT IS SO STIPULATED.

11

12 Dated:  March 15, 2010          **AKIN GUMP STRAUSS HAUER & FELD LLP**

13

14                                By_____/s/_____
                                              Steven S. Kaufhold
15                                            Attorneys for Defendant
                                              STORM8, LLC
16

17 Dated:  March 15, 2010          **EDELSON MCGUIRE, LLC**

18

19                                By_____/s/_____
                                              Michael Aschenbrener
20                                            Attorneys for Plaintiff
                                              MICHAEL TURNER
21

22

23

24 **IT IS SO ORDERED**

25                                _____
                                  The Honorable Claudia Wilken
                                  United States District Judge
26 Dated: March 22, 2010.

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Steven S. Kaufhold, am the ECF user whose ID and password are being used to file this

Stipulation to Extend Time to Respond to the Complaint.  In compliance with the Northern District of

California General Order 45, X.B., I hereby attest that Michael Aschenbrener concurred in this filing.

Dated:  March 15, 2010          **AKIN GUMP STRAUSS HAUER & FELD LLP**


By _____/s/_____
                        Steven S. Kaufhold
                        Attorneys for Defendant
                        STORM8, LLC

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                    Case No. CV 09 5234 CW