SEAN REIS - SBN 184004
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 450-2123

MICHAEL J. ASCHENBRENER (admitted pro hac vice)
maschenbrener@edelson.com
CHRISTOPHER L. DORE (admitted pro hac vice)
cdore@edelson.com
EDELSON MCGUIRE, LLC
350 N. Lasalle Street, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Attorneys for Plaintiff
MICHAEL TURNER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL TURNER, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STORM8, LLC, a California Limited Liability Company,<br><br>　　　　　　　　　Defendant. | Case No. CV 09 5234 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: November 4, 2009 |

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE　　　　Case No. CV 09 5234 CW

Pursuant to Local Rule 6-2, Plaintiff and Defendant hereby stipulate and agree as follows:

1. A Case Management Conference ("CMC") is scheduled for April 27, 2010 before Judge Wilken.

2. Plaintiff and Defendant request that this CMC be continued until after July 26, 2010.

3. The Parties request this continuance because they have reached a settlement in principle through mediation conducted by Hon. Eugene F. Lynch (Ret.) of JAMS in San Francisco.

4. The Parties expect to move for Preliminary Approval of the Settlement within thirty (30) days .

5. Plaintiff filed his complaint on November 4, 2009. (Dkt. 1).

6. This is the parties' first request for an extension of time concerning the April 27, 2010 CMC.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

7. Concerning other matters in the case, the parties have stipulated to extend Defendant's time to respond to the initial Complaint pursuant to Local Rule 6-1, which is permissible without Court order, on December 28, 2009 (Dkt. 13), January 22, 2010 (Dkt. 14), February 12, 2010 (Dkt. 17) and March 16, 2010 (Dkt. 19).

Dated: April 12, 2010  **EDELSON MCGUIRE, LLC**

By: s/ Michael Aschenbrener
Michael Aschenbrener
Attorneys for Plaintiff MICHAEL TURNER

Dated: April 12, 2010  **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: s/ Steven S. Kaufhold
Steven S. Kaufhold
Attorneys for Defendant STORM8, LLC

PURSUANT TO THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Case Management Conference, currently scheduled for April 27, 2010, is hereby continued. The Case Management Conference is continued to August 3, 2010 at 2:00 p.m.

The Honorable Claudia Wilken
United States District Judge

Dated: _April 15_____, 2010.

# **CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 12, 2010, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: April 12, 2010                         EDELSON MCGUIRE LLC

                                               By: s/ Michael J. Aschenbrener
                                                   Michael Aschenbrener

                                                   Attorneys for Plaintiff